September 14, 1979.

422 A.2d 1167

Commonwealth v. Allen, Appellant.

Submitted March 22, 1979. Neal S. Axe, for appellant; Lee Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.

422 A.2d 1167

Commonwealth v. Arnold, Appellant.

Submitted March 12, 1979. Glenn C. Vaughn, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Orders affirmed.